# Exhibit 5

REDACTED

| | |
|---|---|
| **From:** | Matt Levenson <coach@GoPepper.com> |
| **Sent:** | Tuesday, August 26, 2025 1:15 PM |
| **To:** | Anthony C. Acampora |
| **Cc:** | Gina Meyers |
| **Subject:** | Re: Payarc - Demand For Payment From Moocho Inc d/b/a Pepper |

You don't often get email from coach@gopepper.com. Learn why this is important

Confirmed for 10am

On Aug 26, 2025, at 12:16 PM, Anthony C. Acampora
<anthony.acampora@rimonlaw.com> wrote:

Tomorrow 10 or 1030

---

**Anthony C. Acampora | Partner**

**RIMÔN** PC

+1 516.479.6330 | anthony.acampora@rimonlaw.com
100 Jericho Quadrangle Suite 300, Jericho, NY 11753
www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

---

**From:** Matt Levenson <coach@GoPepper.com>
**Sent:** Tuesday, August 26, 2025 11:40 AM
**To:** Anthony C. Acampora <anthony.acampora@rimonlaw.com>
**Cc:** Gina Meyers <gina.meyers@rimonlaw.com>
**Subject:** Re: Payarc - Demand For Payment From Moocho Inc d/b/a Pepper

Hi Anthony,

Thanks for reaching out. Can we schedule a brief call please any of the following (all times Eastern):
- Today (8/26) 4pm or 4:30pm
- Tomorrow (Weds 8/27) 10am, 10:30am, 2pm, 2:30pm, 4pm
- Thursday 8/28 11am, Noon, 12:30pm, 3pm

Thanks,

Matt

1

On Aug 26, 2025, at 12:16 AM, Anthony C. Acampora <anthony.acampora@rimonlaw.com> wrote:

Matt – Today has come and gone without an offer. Please advise of the status. Anthony

---

**Anthony C. Acampora** | Partner

RIMÔN PC

+1 516.479.6330 | anthony.acampora@rimonlaw.com
100 Jericho Quadrangle Suite 300, Jericho, NY 11753

www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

---

**From:** Matt Levenson <coach@GoPepper.com>
**Sent:** Tuesday, August 5, 2025 12:04 PM
**To:** Anthony C. Acampora <anthony.acampora@rimonlaw.com>
**Cc:** Gina Meyers <gina.meyers@rimonlaw.com>
**Subject:** Re: Payarc - Demand For Payment From Moocho Inc d/b/a Pepper

You don't often get email from coach@gopepper.com. Learn why this is important

Thanks Anthony, confirmed for 4pm ET tomorrow, I just sent out an invite.

On Aug 5, 2025, at 8:58 AM, Anthony C. Acampora <anthony.acampora@rimonlaw.com> wrote:

Either time works.

Get Outlook for iOS

---

**Anthony C. Acampora** | Partner

RIMÔN PC

+1 516.479.6330 | anthony.acampora@rimonlaw.com
100 Jericho Quadrangle Suite 300, Jericho, NY 11753

www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

---

**From:** Matt Levenson <coach@GoPepper.com>
**Sent:** Tuesday, August 5, 2025 11:18:55 AM
**To:** Anthony C. Acampora <anthony.acampora@rimonlaw.com>

2

**Cc:** Gina Meyers <gina.meyers@rimonlaw.com>
**Subject:** Re: Payarc - Demand For Payment From Moocho Inc d/b/a Pepper

You don't often get email from coach@gopepper.com. Learn why this is important

Hi Anthony,

Would you be available for a call tomorrow (Wednesday) at either 2:30 PM or 4:00 PM ET or any time after? If those times don't work, happy to find a slot that does, just let me know what's best for you.

If either time works, feel free to send over an invite.

Thanks,

Matt

> On Jul 30, 2025, at 1:14 PM, Gina Meyers <gina.meyers@rimonlaw.com> wrote:
>
> Good afternoon Mr. Levenson,
>
> This office is counsel to Payarc regarding the above referenced matter.
>
> On behalf of Anthony C. Acampora, Esq., please see the attached correspondence regarding demand for payment. Copies are also being mailed to your attention.
>
> Thank you,
>
> ---
>
> **Gina Meyers | Paralegal**
> RIMÔN PC
> +1 516.479.6353 | gina.meyers@rimonlaw.com
> 100 Jericho Quadrangle Suite 300, Jericho, NY 11753
> www.rimonlaw.com | See Our International Offices | Read Our Insights
> Connect on LinkedIn | Like us on Facebook
>
> *This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*
>
> <Payarc - Demand Letter to Moocho dba Pepper 7.30.25.pdf>

3

REDACTED

| | |
|---|---|
| **From:** | Anthony C. Acampora |
| **Sent:** | Wednesday, August 13, 2025 1:16 PM |
| **To:** | Matt Levenson |
| **Cc:** | Gina Meyers |
| **Subject:** | RE: Payarc - Demand For Payment From Moocho Inc d/b/a Pepper |

This is acceptable to Payarc. Please provide a proposal promptly on August 25. Any settlement will be with both you and the company with a confession of judgment or similar relief in the event of non-payment. Speak soon. Anthony

---

**Anthony C. Acampora** | Partner

RIMÔN PC

+1 516.479.6330 | anthony.acampora@rimonlaw.com
100 Jericho Quadrangle Suite 300, Jericho, NY 11753

www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

**From:** Matt Levenson <coach@GoPepper.com>
**Sent:** Monday, August 11, 2025 8:46 AM
**To:** Anthony C. Acampora <anthony.acampora@rimonlaw.com>
**Cc:** Gina Meyers <gina.meyers@rimonlaw.com>
**Subject:** Re: Payarc - Demand For Payment From Moocho Inc d/b/a Pepper

You don't often get email from coach@gopepper.com. Learn why this is important

Anthony

Thanks again for taking the time last week.

Here's what I'd like to propose, assuming Zach is aligned:

We're about two weeks out from the chargeback window closing around August 25th.

Between now and then, I'm working to get alignment with several other creditors and secure the capital needed. It's a big couple of weeks.

My suggestion is:

- **Step 1:** As we approach the end of the chargeback window we confirm the final balance.
- **Step 2:** On August 25th, I'll send you a clear proposal based on where capital stands relative to that final balance.

If we're able to raise a larger chunk, I'd like to take this out in one go. If not, we can put a workable note agreement or modified payment plan in place, something that's predictable and sustainable for both sides.

1

Does that sequence work for you and Zach? If it doesn't, let's talk through what would.

Thanks again,

Matt

On Aug 5, 2025, at 8:58 AM, Anthony C. Acampora <anthony.acampora@rimonlaw.com> wrote:

Either time works.

Get Outlook for iOS

**Anthony C. Acampora** | Partner

RIMÔN PC

+1 516.479.6330 | anthony.acampora@rimonlaw.com
100 Jericho Quadrangle Suite 300, Jericho, NY 11753
www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

**From:** Matt Levenson <coach@GoPepper.com>
**Sent:** Tuesday, August 5, 2025 11:18:55 AM
**To:** Anthony C. Acampora <anthony.acampora@rimonlaw.com>
**Cc:** Gina Meyers <gina.meyers@rimonlaw.com>
**Subject:** Re: Payarc - Demand For Payment From Moocho Inc d/b/a Pepper

You don't often get email from coach@gopepper.com. Learn why this is important

Hi Anthony,

Would you be available for a  call tomorrow (Wednesday) at either 2:30 PM or 4:00 PM ET or any time after? If those times don't work, happy to find a slot that does, just let me know what's best for you.

If either time works, feel free to send over an invite.

Thanks,

Matt

On Jul 30, 2025, at 1:14 PM, Gina Meyers <gina.meyers@rimonlaw.com> wrote:

Good afternoon Mr. Levenson,

This office is counsel to Payarc regarding the above referenced matter.

On behalf of Anthony C. Acampora, Esq., please see the attached correspondence regarding demand for payment. Copies are also being mailed to your attention.

Thank you,

---

**Gina Meyers** | Paralegal

RIMÔN PC

+1 516.479.6353 | gina.meyers@rimonlaw.com
100 Jericho Quadrangle Suite 300, Jericho, NY 11753

www.rimonlaw.com | See Our International Offices | Read Our Insights

Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

<Payarc - Demand Letter to Moocho dba Pepper 7.30.25.pdf>