UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------X

PAYARC LLC,

                 Plaintiff,            Case No. 1:25-CV-24526-RAR

-against-

MOOCHO, INC. d/b/a PEPPER and
MATTHEW LEVENSON, individually,

                 Defendants.
---------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41

**PLEASE TAKE NOTICE**, that on October 1, 2025, Payarc LLC ("Plaintiff") commenced the above-captioned action by filing a complaint against Moocho, Inc. d/b/a Pepper and Matthew Levenson, individually ("Defendants").

**PLEASE TAKE FURTHER NOTICE**, that on October 2, 2025, the Court filed an Order to Show Cause regarding diversity jurisdiction and instructing Plaintiff to file an amended complaint by October 6, 2025.

**PLEASE TAKE FURTHER NOTICE**, that after further review in connection with the Court's Order Show Cause, it has been determined that voluntary dismissal of the action, without prejudice, is appropriate in lieu of responding otherwise.

1

**PLEASE TAKE FURTHER NOTICE**, that Plaintiff hereby dismisses the action against Defendants without prejudice.

Dated:      Miami, Florida              **RIMON P.C.**
           October 6, 2025

                         By:    */s/ Ricardo A. Ampudia*
                               Ricardo A. Ampudia, Esq. B.C.S.
                               Board-Certified Specialist in
                               International Litigation and
                               Arbitration
                               Bar No. 124293
                               Ricardo.ampudia@rimonlaw.com
                               Rimon, P.C.
                               333 SE 2nd Avenue, Suite 2000
                               Miami, FL 33131
                               (786) 930-4592

                               *Attorneys for Plaintiff Payarc LLC*

2