**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-24526-RAR**

**PAYARC LLC**,

      Plaintiff,

v.

**MOOCHO, INC.,**
*d/b/a* **PEPPER,** *et al.*,

      Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41, [ECF No. 5] ("Notice"), filed on October 6, 2025. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

    **ORDERED AND ADJUDGED** that this case is **DISMISSED** *without prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

    **DONE AND ORDERED** in Miami, Florida, this 6th day of October, 2025.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**